THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* RODNEY LEE BROWN, JR., Defendant-Appellant.

(No. 72-64;

Second District (2nd Division)—June 30, 1975.

Opinion by Mr. PRESIDING JUSTICE RECHENMACHER.

John F. McNamara, of King & McNamara, of Rockford, for appellant.

Philip G. Reinhard, State's Attorney, of Rockford (James W. Jerz, of Illinois State's Attorneys Association, of counsel), for the People.